No. 665. Warren, Executrix, v. United States. April 21, 1930. Petition for writ of certiorari to the Court

of Claims, denied. *Mr. J. Gilbert Hardgrove* for petitioner. *Attorney General Mitchell, Assistant Attorney General Rugg, Messrs. Claude R. Branch, Heber H. Rice,* and *Paul D. Miller* for the United States.